CURTIS D. PARVIN, State Bar No. 116079
curtis.parvin@clydeco.us
SHERYL M. ROSENBERG, State Bar No. 232862
sheryl.rosenberg@clydeco.us
MICHAEL S. WILDE, State Bar No. 324999
michael.wilde@clydeco.us
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200
Facsimile: (949) 567-7850

Attorneys for Defendant BARCELÓ
CORPORACIÓN EMPRESARIAL, S.A., and
non-entity Defendant ALLEGRO COZUMEL
RESORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| YELENA OSTROVSKAYA; MAX TAMAYO, a minor by and through his guardian ad litem YELENA OSTROVSKAYA; and PAULO TAMAYO, a minor by and through his guardian ad litem YELENA OSTROVSKAYA,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGRO COZUMEL RESORT; BARCELÓ CORPORACIÓN EMPRESARIAL, S.A. dba BARCELÓ HOTEL GROUP; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-06903-HSG<br><br>ORDER re: STIPULATION TO EXTEND MOTION DEADLINES<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:      None Set |

The Court, pursuant to the parties' Stipulation to Consolidate Hearings, and good cause appearing therefor, hereby ORDERS as follows that Plaintiffs' Opposition to Defendants' Motion to Dismiss from January 6, 2020 to January 9, 2020, and Defendants' Reply from January 20, 2020 to January 23, 2020.

///

///

Dated: 1/7/2020

By: _____
Hayword S. Gilliam, Jr.
United States District Court Judge
Norther District of California

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200