UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELENA OSTROVSKAYA, et al.,<br>Plaintiffs,<br>v.<br>ALLEGRO COZUMEL RESORT, et al.,<br>Defendants. | Case No. 18-cv-06903-HSG<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br>Re: Dkt. No. 47 |

The Court having entered an Order (Dkt. No. 47) granting the joint motion to approve a minor's compromise (Dkt. No. 44), and having been advised by the parties that the relevant transfer of funds shall be completed within 30 days (Dkt. No. 43-5 at 10) from the date of the above-mentioned Order,

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 2/21/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge